Anthony UMEKWE, Appellant,

v.

ARKANSAS STATE HOSPITAL, Appellee.

No. 01–3199.

United States Court of Appeals, Eighth Circuit.

Submitted Feb. 21, 2002.

Filed Feb. 28, 2002.

---

1. The Honorable Richard G. Kopf, Chief Judge, United States District Court for the District of Nebraska.

Before LOKEN, BEAM, and RILEY, Circuit Judges.

PER CURIAM.

Anthony Umekwe appeals from the district court's[1] adverse grant of summary judgment in his Title VII lawsuit. The district court appointed counsel for Umekwe below, but Umekwe became dissatisfied with his attorney's performance, and sought unsuccessfully to have the district court remove him. Umekwe now argues that the district court should have allowed him to discharge the attorney and proceed pro se, and that summary judgment was improper. Upon our de novo review, *see Stuart v. Gen. Motors Corp.*, 217 F.3d 621, 630 (8th Cir.2000), we conclude that we need not consider whether Umekwe was entitled to discharge his court-appointed counsel because Umekwe has failed to demonstrate how proceeding pro se would have affected the outcome of his case, *see* Fed.R.Civ.P. 61.

Accordingly, we affirm. *See* 8th Cir. R. 47B.

**1.** The Honorable George Howard, Jr., United States District Judge for the Eastern District of Arkansas.